THEODORE P. GILMAN, Appellant, *v.* JOSEPH BYRNES, Respondent.

(Argued June 15, 1886; decided June 22, 1886.)

*George W. Carr* for appellant.

*Stewart L. Woodford* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter o. the Application of FRANCIS S. TURNER, an Attorney.

(Argued June 15, 1886; decided June 22, 1886.)

*William Mitchell, Jr.,* for appellant.

*Clifford A. H. Bartlett* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except RAPALLO, J., dissenting.
Appeal dismissed.

---

FRANK G. A. THOMPSON, Executor, etc., Respondent, *v.* CHARLES L. SCHMIEDER et al., Respondents, ISIDOR STRAUS, Purchaser, etc., Appellant.

(Argued June 15, 1886; decided June 22, 1886.)

*Myer S. Isaacs* for appellant.

*W. A. W. Stewart* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.